**No. 58367.**—Overseas Commerce Corp. *v.* United States, protest 223992–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of reptile skins the same in all material respects as those passed upon in *Fleming-Joffe, Ltd.* v. *United States* (25 Cust. Ct. 56, C. D. 1263), the claim of the plaintiff was sustained.

**No. 58368.**—Freedman & Slater, Inc. *v.* United States, protest 223624–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of hair of the vicuna in the grease, not scoured, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, SEPTEMBER 9, 1954

**No. 58369.**—Indian Sales Corporation and Industrial Operations, Inc. *v.* United States, protests 219972–K and 217668–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that certain items of the merchandise consist of speedometers or parts thereof, in chief value of metal, designed and intended for use only on motorcycles, similar in all material respects to the merchandise the subject of *Industrial Operations, Inc.* v. *United States* (30 Cust. Ct. 82, C. D. 1500), the claim of the plaintiffs was sustained.

**No. 58370.**—George Popper *v.* United States, protest 216674–K (New York).

Opinion by LAWRENCE, J. From an examination of the papers in the case, the court found nothing therein tending in any way to overcome the presumption of correctness attaching to the decision of the collector. The protest was therefore overruled.